```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                         **Case No. 14-41140 RLE**

**RICHARD ARLEN SHERRILL and**     Chapter 13
**NORMA AGNES SHERRILL,**

                                        **NOTICE OF PARTY'S DEATH**

               **Debtors.**

_____/

    In accordance with FRBP 7025 notice is hereby given of the death of Richard Arlen Sherrill, Debtor.

Dated: March 6, 2015

                                                /s/ Patrick L. Forte
                                                PATRICK L. FORTE
                                                Attorney for Debtors